# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DAVID ISAAC GARCIA,
        Plaintiff,

vs.                                                    No. CV 19-01223 WJ/KRS

FNU ALIMON, et al.,
        Defendants.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915(b)

**THIS MATTER** is before the Court on the Application for Leave to Proceed in District Court Without Prepayment of Fees or Costs filed by Plaintiff David Isaac Garcia. (Doc. 2). Because the Court grants the application, the filing fee for this civil rights complaint is $350.00. Based on the information about Plaintiff's financial status (Doc. 5), the Court will waive an initial partial payment pursuant to § 1915(b)(1). Plaintiff is still required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Failure to comply with this order may result in dismissal of the complaint without further notice.

**IT IS THEREFORE ORDERED** that the Application for Leave to Proceed in District Court Without Prepayment of Fees or Costs filed by Plaintiff David Isaac Garcia (Doc. 2) is **GRANTED** and the initial payment is **WAIVED**;

**IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of twenty percent (20%) of the preceding month's income credited to his account until the fee is paid or show cause why the payment should be excused; and the Clerk is directed to provide Plaintiff with two copies of the post-filing financial certificate.

                                                         _____
                                                         UNITED STATES MAGISTRATE JUDGE